IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GANIYU AYINLA JAIYEOLA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 22-1030-CFC |
| | ) |
| THE CHEMOURS COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington this 17th day of October 2023,

IT IS ORDERED that:

1. **Discovery**. All discovery in this case shall be initiated so that it will be completed on or before **February 20, 2024.**

2. **Application by Motion**. Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

3. **Summary Judgment Motions**. **All** summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **March 20, 2024.**[1]   Answering briefs and affidavits, if any,

---

[1] The parties shall address all issues (both procedural and substantive) when filing their motions for summary judgment.

shall be filed on or before **April 22, 2024.**   Reply briefs shall be filed on or before **May 6, 2024.**

                                                       _____
                                                                       Chief Judge