IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GANIYU AYINLA JAIYEOLA,<br><br>      Plaintiff,<br><br>  v.<br><br>CHEMOURS COMPANY,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 22-1030 (JLH)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

At Wilmington, this 27th day of February 2025,

For the reasons set forth in the Court's Memorandum Order dated February 27, 2025 (D.I. 78),

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendant and against Plaintiff.

_____
The Honorable Jennifer L. Hall
United States District Judge