IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GANIYU JAIYEOLA, )
)
Plaintiff, )
)
v. )    C.A. No. 22-1030 (JLH)
)
CHEMOURS COMPANY, )
)
Defendant. )

## MEMORANDUM ORDER

At Wilmington, this 4th day of November, 2025, having reviewed and considered Plaintiff Ganiyu Jaiyeola's *pro se* Rule 60(b) motion to vacate judgment (D.I. 80);

WHEREAS, Plaintiff's motion argues that relief is warranted under Rule 60(b)(1) because this Court made an error of law in granting Defendant's motion for summary judgment on Plaintiff's employment discrimination claims (*see* D.I. 80 at 6-13);

WHEREAS, contrary to Plaintiff's assertion, a review of the pertinent record reveals no error of law in this Court's determination that no reasonable jury could find in Plaintiff's favor based on the evidence presented, leaving no genuine dispute of material fact in this case (*see* D.I. 78 at 2-4);

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiff's motion to vacate judgment (D.I. 80) is **DENIED**.

_____
The Honorable Jennifer L. Hall
United States District Judge